## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                          NO. 4:14CR10-18-JLH

HENRY ARECE AKINS                                                    DEFENDANT

### ORDER

Pending before the Court is a motion for issuance of summons and for revocation

of pretrial release.  (Docket entry #559)  For good cause shown, the motion for issuance

of summons is GRANTED.  The Clerk is directed to issue summons to Defendant Henry

Arece Akins for appearance at a hearing before United States Magistrate Judge Beth

Deere on January 21, 2016, at 10:00 a.m. to show cause why his pretrial release should

not be revoked.

IT IS SO ORDERED this 13th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE