**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                            No. 4:14CR00010-18 JLH

HENRY ARECE AKINS                                        DEFENDANT

## **ORDER**

The United States' motion to dismiss is GRANTED. Document #687. The superseding indictment and second superseding indictment against Henry Arece Akins are hereby dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE